[No. 5991-6-II. Division Two. December 22, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. KARLA DAWN SWOGGER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce

County, No. 81–1–00327–5, Waldo F. Stone, J., entered November 19, 1981. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Petrie and Worswick, JJ.